# United States District Court

WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

JUDGMENT IN A CIVIL CASE

v.

RODNEY H. S. KIM

CASE NUMBER: C07-5165FDB

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That this matter is hereby TRANSFERRED to the Ninth Circuit, and the Clerk is directed to ADMINISTRATIVELY CLOSE THIS CASE.

|  |  |
|---|---|
| April 5, 2007 | BRUCE RIFKIN |
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |